FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ SEP 20 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HECTOR LEMOS,

           Petitioner,

-against-

MDC BROOKLYN WARDEN; JOHN DOE;
MDC UNIT TEAM; JOHN DOES AND JANE
DOES; MDC DHO OFFICER,

           Respondents.
-----------------------------------------------------------------X

ORDER

12-CV-4097 (NGG)

NICHOLAS G. GARAUFIS, United States District Judge.

      On August 13, 2012, pro se petitioner Hector Lemos, incarcerated at the Metropolitan Detention Center, filed this Petition for a Writ of Mandamus. (Docket Entry # 1.) Petitioner's submission did not include the requisite filing fee or in forma pauperis application and Prisoner Authorization forms required to commence this action. By letter dated August 16, 2012, petitioner was provided with the proper forms and instructed that in order to proceed, petitioner must return the completed in forma pauperis application and Prisoner Authorization form within 14 days from receipt of the letter. (Docket Entry # 2.) Petitioner failed to respond to the Court's letter. Accordingly, the action is dismissed without prejudice.

SO ORDERED.

Dated: Brooklyn, New York
       September 17, 2012

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge